United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

*Plaintiff,*

v.

**CINDI SWINDLE,**

*Defendant.*

MDFL NO. 3:24-MJ-1546-PDB
EDVA NO. 2:24-CR-137-JKW-RJK

# Clerk's Minutes

| **Proceeding** | Initial Appearance |
|---|---|
| **Date** | December 10, 2024 |
| **Time** | 3:15–35 p.m. |
| **Judge** | Patricia Barksdale, U.S. Magistrate Judge |
| **Courtroom Deputy** | Angela Loeschen |
| **Counsel for U.S.** | Kirwinn Mike, Assistant U.S. Attorney |
| **Counsel for Defendant** | Waffa Hanania, Assistant Federal Defender |
| **Pretrial Services Officer** | Kimberly Barrett |
| **Digital/Reporter** | Digital |

Judge Barksdale asked Ms. Hanania to appear for possible appointment.

Ms. Swindle was arrested on December 10, 2024, in the Middle District of Florida on an indictment out of the Eastern District of Virginia.

Judge Barksdale advised Ms. Swindle of her right to remain silent.

Judge Barksdale asked Ms. Swindle questions to assess competency.

Mr. Mike summarized the charges and possible penalties.

Judge Barksdale ordered the United States to produce *Brady* material and explained the sanctions for failing to do so.

Ms. Swindle stated her general understanding of what she is charged with and the penalties if she is convicted.

Judge Barksdale advised Ms. Swindle of the right to counsel and the right to self-representation. Ms. Swindle requested court-appointed counsel. Ms. Loeschen placed her under oath, and Judge Barksdale questioned her about her financial condition. Based on her responses and financial affidavit, Judge Barksdale found that Ms. Swindle was unable to afford counsel and appointed the lawyers with the Federal Defender's Office to represent her in this case while in this district. A written order will follow.

Judge Barksdale advised Ms. Swindle of Fed. R. Crim. P. 20 (transfer) and her right to production of the warrant (or its equivalent) and an identity hearing.

Mr. Mike stated the United States has no opposition to Ms. Swindle's release and proposed release conditions. Ms. Hanania objected to a travel restriction proposed by Mr. Mike. Judge Barksdale sustained the objection.

Ms. Hanania stated that Ms. Swindle wants to waive her right to an identity hearing and production of the warrant. After questioning, Judge Barksdale accepted Ms. Swindle's waiver of her right to an identity hearing and production of the warrant. Ms. Swindle and Ms. Hanania executed and filed a comparable written waiver. A written order will follow.

Judge Barksdale ordered Ms. Swindle released on a personal recognizance appearance bond, and imposed both standard and special release conditions, including the condition that Ms. Swindle report to the federal courthouse in Norfolk Virginia, by January 8, 2025. A written order will follow.